

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 11-1859M |
| v. | |
| Antonio Sandoval | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___Thursday, August 11___, ___2011___, at ___3:00___ ☐ a.m. / ☑ p.m. before the Honorable ___Jacqueline Chooljan___, in Courtroom ___20___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: ___8/9/11___

_____
U.S. District Judge/Magistrate Judge

---